IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

_Western_ DIVISION

_Debra I Robertson_ )

_____ )

_____ )
(Enter above the full name
of the Plaintiff[s] in this
action).

Case No. **5:10-CV-507-BO**
(To be assigned
by the Clerk of
District Court)

vs.

_Cree, Incorporated_ )

_____ )

_____ )

_____ )
(Enter above the full name of
**ALL** Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the <u>complaint</u>
include the names of **all** the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

## COMPLAINT

Plaintiff resides at: _4021 Bella Park Trail_
_Apt 108 ( Raleigh N.C. 27613_

_____

_____

_____

Defendant(s)name(s) and address(es), if known: _Cree, Incorporated_
_4600 Silicon Drive ( Durham, N.C. 27703_

1

Jurisdiction in this court is based on: 28 U.S.C. 1345 and 1348

The acts complainted of in this suit concern: _____
Please refer to the attached documentation

2

(If you need more space, or wish to include any further
information for consideration, please attach additional sheets.)


I seek the following relief:

*Back pay, Compensatory Damages, Punitive Damages*
*and Injunctive relief.*

11/15/2010
Date

_Signature of Plaintiff_

4021 Bella Park Trail Apt 108
Raleigh N.C. 27613
(919) 881-8353
Address and Telephone Number of Plaintiff

4