UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DEBRA I. ROBERTSON, )<br>      **Plaintiff,** )<br>)<br>v. )<br>)<br>CREE, INCORPORATED, )<br>      **Defendant.** ) | **JUDGMENT**<br><br>No. 5:10-CV-507-H |

**Decision by Court.**
This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration on defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** that the defendant's motion to dismiss is granted. Plaintiff shall have and recover nothing of the defendant and this case is closed.

This Judgment Filed and Entered on March 1, 2012, with service on:

Debra I. Robertson
Pro Se
1300 Tribute Center Drive
Apartment 316
Raleigh, NC 27612

Richard D. Haygood      (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| March 1, 2012 | DENNIS P. IAVARONE, CLERK<br><br>/s/ Lisa W. Lee<br>(By): Lisa W. Lee, Deputy Clerk |